

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-22-00353-CV

_____

## IN THE INTEREST OF R.W.S., J.R.S., AND M.S., CHILDREN

_____

**From the 13th District Court**
**Navarro County, Texas**
**Trial Court No. D21-29633-CV**

---

## ABATEMENT ORDER

---

This is an appeal of an order that terminated B.S.'s parental rights. B.S.'s court-appointed trial counsel filed a notice of appeal on B.S.'s behalf but was subsequently allowed to withdraw. In the order granting the motion to withdraw, no attorney was appointed to represent B.S. in this appeal. The clerk's record had been filed before the attorney was allowed to withdraw. Neither the trial court nor the trial court clerk forwarded the withdrawal order to this Court.

The notice of appeal, filed on October 27, 2022, alleges that B.S. is presumed to be indigent and may proceed without advance payment of costs. As an indigent party in this termination proceeding, B.S. is entitled to the appointment of counsel on appeal.

Therefore, we abate this proceeding and remand it to the trial court for the appointment of counsel to represent B.S.

The trial court is ordered to appoint counsel to represent B.S. on appeal within seven days of the date of this order. A supplemental clerk's record is ordered to be filed with this Court with the name and contact information of B.S.'s appointed counsel within seven days after the trial court's appointment of counsel.

This proceeding will be automatically reinstated without further Order of this Court upon the filing of the supplemental clerk's record containing the name and contact information of B.S.'s appointed counsel. All briefing deadlines will commence on the date the supplemental clerk's record appointing new counsel is filed with this Court.

Because the trial court ordered the entire record sealed on its own motion for reasons which are not explained or supported by the record, the trial court is further ordered to ensure that counsel for B.S. and all other parties have full access to the clerk's and reporter's records in this proceeding immediately upon counsel's appointment and for the duration of the appeal.

PER CURIAM

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Abated and remanded to trial court
Order issued and filed December 21, 2022
[RWR]

